UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VIVIANE JOSEPH, TIMOTHY MOFFITT and
MEGAN COTRONE, *on behalf of themselves
and all others similarly situated,*

Plaintiffs,

-against-

JETBLUE AIRWAYS CORPORATION,
a Delaware corporation,

Defendant.

CASE NO.: 5:11-CV-1387 (TJM/ATB)
CLASS ACTION COMPLAINT

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant JetBlue Airways Corporation ("JetBlue") states that the following publicly held corporation owns 10% or more of the stock of JetBlue: DEUTSCHE LUFTHANSA AG.

Dated: New York, New York
December 27, 2011

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:_____/s/_____
        Sean C. Sheely
        Christopher G. Kelly (*admission pending*)
        Judith R. Nemsick (*admission pending*)

31 West 52nd Street
New York, New York 10019
Tel.:    (212) 513-3200
Fax:     (212) 385-9010
Sean.Sheely@hklaw.com
Christopher.Kelly@hklaw.com
Judith.Nemsick@hklaw.com

*Attorneys for Defendant
JetBlue Airways Corporation*