UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIANE JOSEPH, TIMOTHY MOFFITT and MEGAN COTRONE, *on behalf of themselves and all others similarly situated*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>                              Defendant. | CASE NO.: 5:11-CV-1387 (TJM/ATB)<br>CLASS ACTION COMPLAINT<br><br>**Certificate of Service** |

I hereby certify that on December 27, 2011, I served a true and correct copy of the foregoing Notice of Motion, Memorandum of Law of Defendant JetBlue Airways Corporation in Support of Its Motion to Dismiss and Appendix, and Rule 7.1 Statement by "Notice of Electronic Filing" that is automatically generated by the court's Electronic Filing System and constitutes service of the filed document on all ECF participants of record.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2011

Elvin Ramos
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200